DAVID L. KELLER, Respondent, v. J. A. RITCHIE & Co., INC., Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

KINGS COUNTY TRUST COMPANY, as Substituted Trustee, etc., of GEORGE A. POWERS, etc., Appellant, v. FRANK MELVILLE, JR., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Seeger and Carswell, JJ.

MOLLIE KIVELOWITZ, Respondent, v. INLAND REALTY COMPANY, INC., Appellant.— Order, as amended, denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

JOSEPH LEVY, Respondent, v. SAMUEL GOTTFRIED and JOSEPH O. MARSHALL, Copartners, etc., Appellants.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

JULIUS LEVY, Appellant, v. CHARLES SARNELLE, Respondent.— Order denying plaintiff's motion to vacate order, entered on May 25, 1926, granting defendant's motion to open his default, or, in the alternative, to amend such order so as to require defendant to file a bond as security, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

LONG ISLAND LAUNDERERS, INC., Respondent, v. ALFRED ANDREWS, Appellant.— Order granting temporary injunction restraining defendant reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Plaintiff has not shown by evidentiary facts that the defendant breached his contract with plaintiff before September 2, 1927, or that plaintiff rightfully discharged defendant. (Carmody N. Y. Pr. § 542, and cases cited.) The allegations of commingled conclusions of law, expressions of opinion and ultimate facts respecting this phase are insufficient to establish a clear right to an injunction *pendente lite.* Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

ESTELLE LUBETKIN and MILTON LUBETKIN, as Executors, etc., of PHILIP LUBETKIN, Deceased, Respondents, v. D. S. STERN & Co., INC., Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Plaintiffs, not being the actual *borrowers,* may not maintain this action to cancel the alleged usurious notes, and for the return of collateral given thereunder, without restoring, or offering to restore, to defendant the sum or sums actually received by their testator. (*Buckingham* v. *Corning,* 91 N. Y. 525.) The complaint failing, for this reason, to state facts sufficient to constitute a cause of action, the injunction *pendente lite* was improperly granted. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.